175 F.3d 1012
 Anthony Williams
v.
John R. Stepanik, Unknown Vozack, Unknown Worth, Unknown
Robaczewski, Unknown Klokus, Unknown McKeownn, Unknown
Litghtcap, Unknown Moody, Jr., Unknown Steele, Thomas
Figmik, Joseph J. Piazza, Unknown Kmetz, Joseph F.
Mazurkiewicz, John M. McCullough, Sam Mazzotta, Stewart E.
Boone, Robert G. Patishnock, Alan G. Riggal, Unknown Eaton,
Unknown Patterson, Unknown Fundack, Unknown Lacey, Unknown
Facer, Unknown Heverly, Unknown Newman, Unknown
 NO. 97-7365
 United States Court of Appeals,
Third Circuit.
 February 03, 1999
 
 1
 Appeal From: M.D.Pa.
 
 
 2
 Affirmed.